IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Cheryl Price,                                                         Case No. 3:12CV1820

    Plaintiff,

    v.                                                                **ORDER**

Carolyn W. Colvin, Commissioner
of Social Security,

    Defendant.

This is a social security disability case in which, following referral for a Magistrate Judge's Report and Recommendation, the Magistrate Judge has recommended reversal and remand for further administrative proceedings before the defendant Commissioner. (Doc. 19).

The Commissioner has filed a notice of non-objection to the Report and Recommendation. (Doc. 20).

It is, accordingly

ORDERED THAT:

1. The Report and Recommendation of the Magistrate Judge (Doc. 19) be, and the same hereby is adopted as the order of this court; and

2. This case be, and the same hereby is remanded to the Commissioner for further proceedings.

So ordered.

                                                                           s/ James G. Carr
                                                                           Sr. U.S. District Judge